AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

| | |
|---|---|
| Donnel Smith <br> *Plaintiff* <br> v. <br> Commissioner of Social Security <br> *Defendant* | Civil Action No. 3:16-CV-428 |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Judgment in favor of Plaintiff and against Defendant; Reversing the Commissioner's decision that the Plaintiff was not disabled and, therefore not entitled to benefits under the Social Security Act, Remanding the case to the Commissioner for further proceedings; Termination entry.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Walter H. Rice on a motion for

Date: 3/16/18

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*: Kaylin Atkinson